Nov. Term,
1847.

Stephenson
v.
Doe.

Tuesday,
November 30.

Bryer and Others *v.* Chase.—In error.

THE assignee of a judgment for a certain sum of money filed a bill in chancery against the infant heirs of the judgment-debtor. The bill alleged that the judgment-debtor died insolvent, leaving certain land on which the judgment was a lien, and prayed that the land might be sold for payment of the judgment. *Held,*

1. That in such suits, Courts of law and equity have concurrent jurisdiction. *Martin* v. *Densford,* 3 Blackf. 295.— *Bryan* v. *Blythe,* 4 *id.* 249.

2. That the defendants being infants, there could not be a final decree against them without proof.

3. That if there was no administrator of the estate, the bill should have alleged that fact; and if there was an administrator, he should have been a party. *Welborn* v. *Jolly,* 4 Blackf. 279.—Story's Eq. Pl. 206.

4. That the assignor of the judgment might have been made a party; but *quære* whether he was a necessary party. 1 Dan. Ch. Pr. 292.— *Elderkin* v. *Shultz,* 2 Blackf. 345.